# T I F F A N Y & B O S C O
P.A.

CHAD L. BUTLER, ESQ (SBN 270888)
clb@tblaw.com
1455 Frazee Road, Suite 820
San Diego, CA 92108
Tel.: (619) 501-3503
Attorneys for Creditor: Arvest Bank

## UNITED STATES BANKRUPTCY COURT

### Northern District of California - Oakland Division

| | |
|---|---|
| In Re:<br><br>Ernest Perry Johnson, Sr,<br><br>     Debtor | No. 25-40012-WJL<br><br>Chapter 13<br><br>REQUEST FOR SPECIAL NOTICE AND INCLUSION IN MAILING LIST PURSUANT TO BANKRUPTCY RULES 2002, 9014 AND 7004 |

**TO:**    **THE CLERK OF THE BANKRUPTCY COURT AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that Tiffany & Bosco, P.A. has been retained by Arvest Bank ("Creditor") in the above-referenced bankruptcy case. Creditor and Tiffany & Bosco, P.A. hereby request special notice of all matters relating to the property address located at 5564 Cedar Pt Ct, Antioch, CA 94531 that must be noticed to creditors, the committee, or other parties in interest at the following addresses:

| | |
|---|---|
| **Arvest Bank**<br>**801 John Barrow Rd., Suite 1**<br>**Little Rock, AR 72205** | Tiffany & Bosco, P.A.<br>1455 Frazee Road, Suite 820<br>San Diego, CA 92108 |

    Any appearances or filings of other documentation the instant case shall not constitute a waiver of Fed.R.Bankr. Rule 7004. The above parties must be served directly and Creditor does not authorize Tiffany & Bosco, P.A. to act as its agent for purposes of service under Fed.R. Bankr. Rule 7004.

DATED: January 9, 2025

                                      TIFFANY & BOSCO, P.A.
                                      BY /s/ Chad L Butler, Esq.
                                      Chad L Butler, Esq.    (SBN 270888)
                                      Attorney for Creditor
                                      TB File #24-81419-AB-CA